No. 00–9399. TRINIDAD v. CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9403. KIRTLEY v. BAKER. Ct. App. Wash. Certiorari denied.

No. 00–9408. BOATENG ET UX. v. INTER AMERICAN UNIVERSITY OF PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–9410. DEPARRIE v. HANZO ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9417. OLECIK v. KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9420. EDGE v. STALDER, SECRETARY, LOUISIANA BOARD OF PUBLIC SAFETY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–9421. LINARES v. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 00–9424. KING v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 00–9428. MARTIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–9430. BRODERICK v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–9431. CREGGETT v. FORD KENTUCKY TRUCK PLANT ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–9437. LOPER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–9438. MADANI v. UNIVERSITY OF NEBRASKA BOARD OF REGENTS. C. A. 8th Cir. Certiorari denied.